**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

ROSALIND REED,

Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY
OF AMERICA,

Defendant.

Civil No. 01-353 ADM/AJB

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: 4/26/01

ARTHUR J. BOYLAN
United States Magistrate Judge

APR 27 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Susan R. Nelson.

NEW CASE NUMBER CIVIL 01-353 ADM/SRN

Use this case number for all further filings.