IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Rosalind Reed,

Plaintiff,

v.

Aetna Life Insurance Company,
a foreign corporation licensed to do business
in the State of Minnesota,

Defendant.

Case No. 01-CV-353 ADM/AJB

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

---

**WHEREAS**, the parties agree to have this action dismissed without prejudice to allow Plaintiff Rosalind Reed's claim for long-term disability benefits to be processed as an appeal under the administrative process.

**NOW, THEREFORE**, in consideration of the foregoing, the parties, through counsel, hereby stipulate and agree to the following:

1. The parties agree that this action shall be dismissed without prejudice to allow for further administrative review; and

2. The parties agree that Rosalind Reed shall have sixty (60) days from the date of the Court's Order hereof to submit additional information in support of her claim; and

3. The parties agree that Aetna Life Insurance Company shall issue a decision with regard to Plaintiff Reed's appeal within sixty (60) days of receipt of Plaintiff Reed's appeal, unless special circumstances require an extension of time, in which case a decision should be rendered as soon as possible, but no later than 120 days after receipt of Plaintiff Reed's appeal; and

FILED AUG 2 4 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Plaintiff Reed shall not be prejudiced in any manner with regard to the initiation or dismissal of this current action, and in the event of a denial of Plaintiff Reed's appeal following Aetna Life Insurance Company's review, Plaintiff Reed shall initiate a new action.

Dated: August 20, 2001

**MANSFIELD, TANICK & COHEN, P.A.**

By ______________________

Denise Yegge Tataryn (179127)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

**ATTORNEYS FOR PLAINTIFF ROSALIND REED**

Dated: August 16, 2001

**DORSEY & WHITNEY LLP**

By ______________________

Heather J. Klaas (#283319)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

**ATTORNEYS FOR DEFENDANT AETNA LIFE INSURANCE COMPANY**

**IT IS SO ORDERED**

Dated: August 23rd, 2001

______________________
Hon. Ann D. Montgomery
United States District Court

270443.1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500